Clerk, U.S. District Court
Southern District of Texas
FILED

# SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

MAY 2 3 2015

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

Vs.

**Marcus Drew Gilbert
& Stephanie Ann Anderson**

Case Number:   C-15-643M

## AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Concepciona Perez Luis
Roy Martin Paredes Ramirez**

These material witnesses are citizens of Mexico who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

_____
Jorge A. Muñoz  Border Patrol Agent
U.S. Border Patrol

Submitted by reliable electronic means, sworn to, signature
telephonically per Fed.R.Crim.P.4.1, and probable cause

**24** day of **May** , 2015

_____
UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington

It is ORDERED this **24** day of **May** , **2015**, that the above material witness this day brought before me, be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $5,000 cash or surety for each material witness.

_____
UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington