UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:15-MJ-643 |
| | § | |
| MARCUS DREW GILBERT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER APPOINTING COUNSEL

Attorney **Debra Rodriguez** is appointed to represent material witness(es);

**Concepciona Perez Luis**
**Roy Martin Paredes Ramirez**.

Counsel shall make contact with the material witness(es) within 7 days of appointment. Counsel will be notified electronically via CM/ECF.

ORDERED this 27th day of May, 2015.

_____
B. JANICE ELLINGTON
UNITED STATES MAGIS